IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:22-cr-00291-2 |
| | ) | |
| RONALD TIBBS | ) | JUDGE CAMPBELL |

## ORDER

On December 8, 2025, the Court held a hearing on the pending second superseding petition for violations of supervised release (Doc. No. 133). The Defendant admitted to the violations and was adjudged guilty.

For the reasons stated on the record, the Court sentenced Defendant to time served (1 day), to remain on his current conditions of supervised release. The Court will hold a status conference on February 12, 2026, at 10:00 a.m.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE